Robert H. HOFFMANN, Heidemarie Kruger, and the Estate of Henriette Hoffman Von Schirach, Klaus Von Schirach, Executor, and Susanne Hustadt (deceased), Plaintiffs–Appellants,

v.

UNITED STATES and John D. Ashcroft, Attorney General of the United States, Defendants–Appellees.

No. 03–1596.

United States Court of Appeals,
Federal Circuit.

May 4, 2004.

Rehearing and Rehearing En Banc
Denied July 9, 2004.

Robert I. White, Principal Attorney, Lawrence Sherlock, Chamberlain, Hrdlicka, Shelley J. Cashion, of Counsel, Houston, TX, Justin Allen Thornton, of Counsel, Justin A., Washington, DC, for Plaintiffs–Appellants.

Howard S. Scher, Principal Attorney, Jeffrey Axelrad, William Kanter, of Counsel, Department of Justice, Washington, DC, for Defendants–Appellees.

Before LOURIE, SCHALL, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

*AFFIRMED. See* Fed. Cir. R. 36.